UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Sohni Ahluwalia**, | Case No. 3:18-cv-00956-SI |
| Plaintiff, | [proposed] **Order Granting Voluntary Dismissal with Prejudice** |
| v. | **Rule 41(a)** |
| **The University of San Francisco**, | |
| Defendant. | |

[~~proposed~~] **ORDER**

The Court has considered Plaintiff's request for voluntary dismissal with prejudice under Rule 41(a). In relevant part, the parties have agreed to dismissal with prejudice, with each side bearing its own fees and costs, and with neither side being a prevailing party. The Court considers these terms proper given the procedural posture of this case.

It is hereby ordered that this case is dismissed with prejudice.

Dated: 1/8/19

By: /s/ Susan Illston

Honorable Susan Illston
United States District Judge